[No. 19287-0-II.    Division Two.    February 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
MARK OLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00658-1, James E.F.X. Warme, J., entered March 14, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 19338-8-II.    Division Two.    February 7, 1997.]

JASON M. LAFRANCE, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-8-00809-2, Leonard W. Costello, J., entered March 30, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 19443-1-II.    Division Two.    February 7, 1997.]

SOUND COLLECTION SERVICES, INC., *Respondent*, v.
GENERAL MILLS RESTAURANTS, INC., ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-00732-1, William J. Kamps, J., entered March 31, 1995. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, J., and Van Deren, J. Pro Tem.

[No. 20008-2-II.    Division Two.    February 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
DENNIS KAPPLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02535-0, Thomas R. Sauriol, J., entered November 21, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.